## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-01628-PAB-BNB

MICHAEL SCANLAN, individually and on

 behalf of all others similarly situated,

        Plaintiff,

  vs.

ADAMS BANK & TRUST,

        Defendant

---

## STIPULATION FOR DISMISSAL WITH PREDJUDICE

---

THE PARTIES, by and through their respective counsel, stipulate and agree that

the above-entitled claims of Plaintiff against Defendant be dismissed with prejudice, each party

to pay its own costs.

IT IS FURTHER STIPULATED AND AGREED that an appropriate Order for

Dismissal with Prejudice be entered upon the filing of this Stipulation, without further

notice by or to any party hereto.

Dated this 4th day of November, 2011.

Harrison & Associates

/s/ *Michael Harrison*
Michael T. Harrison, Esq.
Attorney for Plaintiff

/s/ *Paul Hurcomb*
Paul W. Hurcomb
Attorney for Defendant

*/s/ L. Dan Rector*
L. Dan Rector
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2011, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREDJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Paul W. Hurcomb
Scott W. Johnson
24 South Weber, Suite 400
Colorado Springs, CO 80903
pwh@sparkswillson.com
swj@sparkswillson.com


L. Dan Rector
217 E. Fillmore Street
Colorado Springs, CO 80907
ldanrec@comcast.net

Michael Harrison
25876 The Old Road, #304
Stevenson Ranch, CA 91381
mharrison30@aol.com

*/s/Heather Simpson*
Heather Simpson, Paralegal